UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 26 2010
Clerk, U.S. District and
Bankruptcy Courts

|  |  |  |
|---|---|---|
| Marcus Wallace, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. **10 1452** |
| County of Franklin County, | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, an inmate at the Franklin County Jail in Chambersburg, Pennsylvania, sues Franklin County for what appears be property records. The complaint neither presents a federal question nor provides a basis for diversity jurisdiction because the parties are not of diverse

citizenship and plaintiff has not pleaded an amount in controversy. A separate Order of dismissal accompanies this Memorandum Opinion.

/s/ _____
United States District Judge

Date: August **19**, 2010